AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT

☐ SUPERSEDING

—— OFFENSE CHARGED ——

Count One: 15 U.S.C. Section 1 - Bid Rigging (Contra Costa County)
Count Two: 18 U.S.C. Section 1349 - Conspiracy to Commit Mail Fraud (Contra Costa County)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum Terms for Count 1: (1) 10 years prison; (2) fine of $1 million; (3) 3 years supervised release; (4) $100 special assessment; and (5) Restitution. Maximum Terms for Count 2: (1) 30 years prison; (2) fine of $1 million; (3) 5 years supervised release; (4) $100 special assessment; and (5) Restitution.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

—— DEFENDANT - U.S ——

▶ Dominic Leung

FILED
FEB - 9 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR12-0083 CW

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form    Albert Sambat, Dept of Justice

☐ U.S. Attorney ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) _____

—— DEFENDANT ——

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No
} If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

Bail Amount: None

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

PENALTY SHEET

Individual:    Dominic Leung

15 U.S.C. § 1 – Bid Rigging (Count 1)
<u>Maximum Penalties</u>:
1.    A term of imprisonment of 10 years
2.    A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.    A period of supervised release of not more than 3 years
4.    $100 special assessment per count ($100)
5.    Restitution

18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud (Count 2)
<u>Maximum Penalties</u>:
1.    A term of imprisonment of 30 years
2.    A fine of $1 million
3.    A period of supervised release of not more than 5 years
4.    $100 special assessment per count ($100)
5.    Restitution

1 | JEANE HAMILTON (CSBN 157834)
2 | ALBERT B. SAMBAT (CSBN 236472)
DAVID J. WARD (CSBN 239504)
3 | CHRISTINA M. WHEELER (CSBN 203395)
MANISH KUMAR (CSBN 269493)
4 | U.S. Department of Justice
Antitrust Division
5 | 450 Golden Gate Avenue
Box 36046, Room 10-0101
6 | San Francisco, CA 94102
7 | albert.sambat@usdoj.gov
Telephone: (415) 436-6660
8
9 | Attorneys for the United States

FILED

FEB - 9 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-Filing

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

CR12-0008 3

CW

|  |  |
|---|---|
| 13 | ) Criminal No. |
| 14  UNITED STATES OF AMERICA | ) |
| | ) **INFORMATION** |
| 15 | ) |
| | ) VIOLATIONS: 15 U.S.C. § 1 – |
| 16            v. | ) Bid Rigging (Count One); |
| | ) 18 U.S.C. § 1349 – Conspiracy to |
| 17 | ) Commit Mail Fraud (Count Two) |
| 18  DOMINIC LEUNG, | ) |
| | ) |
| 19            Defendant. | ) |
| 20 | ) |

21 | The United States of America, acting through its attorneys, charges:

22 | DOMINIC LEUNG,

23 | the defendant herein, as follows:

24 | BACKGROUND

25 | 1.     At all times relevant to this Information, when California homeowners defaulted

26 | on their mortgages, mortgage holders could institute foreclosure proceedings and sell the

27 | properties through non-judicial public real estate foreclosure auctions ("public auctions"). These

28 | public auctions were governed by California Civil Code, Section 2924, *et seq.* Typically, a

INFORMATION – DOMINIC LEUNG – 1

1   trustee was appointed to oversee the public auctions.  These public auctions usually took place at

2   or near the courthouse of the county in which the properties were located.  The auctioneer, acting

3   on behalf of the trustee, sold the property to the bidder offering the highest purchase price.

4   Proceeds from the sale were then used to pay the mortgage holders, other holders of debt secured

5   by the property, and, in some cases, the defaulting homeowner (collectively, "beneficiaries").

6   COUNT ONE: 15 U.S.C. § 1 – Bid Rigging

7                                    THE COMBINATION AND CONSPIRACY

8          2.       Beginning as early as May 2009 and continuing until in or about January 2011,

9   the defendant DOMINIC LEUNG and co-conspirators entered into and engaged in a

10   combination and conspiracy to suppress and restrain competition by rigging bids to obtain

11   selected properties offered at public auctions in Contra Costa County in the Northern District of

12   California, in unreasonable restraint of interstate trade and commerce, in violation of the

13   Sherman Act, Title 15, United States Code, Section 1.

14          3.       The charged combination and conspiracy consisted of a continuing agreement,

15   understanding, and concert of action among the defendant and co-conspirators to suppress

16   competition by agreeing to refrain from or stop bidding against each other to purchase selected

17   properties at public auctions in Contra Costa County at non-competitive prices.

18          4.       For the purpose of forming and carrying out the charged combination and

19   conspiracy, the defendant and co-conspirators did those things that they combined and conspired

20   to do, including, among other things:

21          a.       agreeing not to compete to purchase selected properties at public auctions

22   in Contra Costa County;

23          b.       designating which conspirator would win the selected properties at the

24   public auctions for the group of conspirators; and

25          c.       refraining from or stopping bidding for the selected properties at the

26   public auctions.

27   / /

28   / /

INFORMATION – DOMINIC LEUNG – 2

1    5.    Various entities and individuals, not made defendants in this Count, participated

2  as conspirators in the offense charged and performed acts and made statements in furtherance

3  thereof.

4    ## TRADE AND COMMERCE

5    6.    During the period covered by this Information, the business activities of the

6  defendant and co-conspirators that are the subject of this Information were within the flow of,

7  and substantially affected, interstate trade and commerce.  For example, beneficiaries located in

8  states other than California received proceeds from the public auctions that were subject to the

9  bid-rigging conspiracy.

10    ## JURISDICTION AND VENUE

11    7.    The combination and conspiracy charged in this Information was carried out, in

12  part, in the Northern District of California, within the five years preceding the filing of this

13  Information.

14    ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

15  COUNT TWO: 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud

16    ## THE CONSPIRACY

17    8.    Beginning as early as May 2009 and continuing until in or about January 2011 in

18  Contra Costa County in the Northern District of California, the defendant DOMINIC LEUNG

19  and co-conspirators did willfully and knowingly combine, conspire, and agree with each other to

20  violate Title 18, United States Code, Section 1341, namely, to knowingly devise and intend to

21  devise and participate in a scheme and artifice to defraud beneficiaries, and to obtain money and

22  property from beneficiaries by means of materially false and fraudulent pretenses,

23  representations, and promises.

24    9.    The objects of the conspiracy were to fraudulently acquire title to selected

25  properties sold at public auctions in Contra Costa County, to make and receive payoffs, and to

26  divert money to conspirators that would have gone to the beneficiaries.

27    10.    Various entities and individuals, not made defendants in this Count, participated

28  / /

INFORMATION – DOMINIC LEUNG – 3

1    as co-conspirators in the offense charged and performed acts and made statements in furtherance

2    thereof.

3                                    <u>MEANS AND METHODS</u>

4            11.     For the purpose of forming and carrying out the charged conspiracy, the

5    defendant and co-conspirators did those things that they conspired to do, including, among other

6    things:

7                    a.      purchasing selected properties at public auctions at suppressed prices;

8                    b.      in some instances, negotiating payoffs with one or more conspirators not

9    to compete;

10                   c.      in many other instances, holding second, private auctions, at or near the

11   courthouse steps where the public auctions were held, frequently referred to as "rounds," open

12   only to members of the conspiracy, to bid for title to the selected properties;

13                   d.      awarding the selected properties to the conspirators who submitted the

14   highest bids at the second, private auctions;

15                   e.      transferring the right to title to the selected properties into the names of the

16   conspirators who submitted the highest bids at the second, private auctions;

17                   f.      paying conspirators monies that otherwise would have gone to

18   beneficiaries, using either a predetermined formula based on the bidding at the second, private

19   auction or through direct negotiations among the conspirators;

20                   g.      taking steps to conceal the fact that monies were diverted from the

21   beneficiaries to the conspirators;

22                   h.      making and causing to be made materially false and misleading statements

23   on records of public auctions that trustees relied upon to distribute proceeds from the public

24   auction to the beneficiaries and convey title to properties sold at the public auction; and

25                   i.      causing the suppressed purchase price to be reported and paid to the

26   beneficiaries.

27           12.     For the purpose of executing the scheme and artifice to defraud and attempting to

28   do so, the defendant and co-conspirators knowingly used and caused to be used the United States

INFORMATION – DOMINIC LEUNG – 4

1   Postal Service and private or commercial interstate carriers.  For example, trustees used the

2   United States mail and private or commercial interstate carriers to transmit the Trustee's Deeds

3   Upon Sale and other title documents to participants in the conspiracy.  These mailings were

4   foreseeable to the defendant in the ordinary course of business.

5                              JURISDICTION AND VENUE

6           13.    The combination, conspiracy, and agreement to violate Title 18, United States

7   Code, Section 1341 charged in this Information was carried out, in part, in the Northern District

8   of California, within the five years preceding the filing of this Information.

9           ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1349.

10

11

12

13   Sharis A. Pozen
     Acting Assistant Attorney General

14

15   Scott D. Hammond
     Deputy Assistant Attorney General

16

17

18   John F. Terzaken
     Director of Criminal Enforcement

19   United States Department of Justice
     Antitrust Division

20

21   Brian J. Stretch

22   Attorney for the United States
     Acting Under Authority Conferred

23   by 28 U.S.C. § 515

24

Phillip H. Warren
Chief, San Francisco Office

Peter K. Huston
Assistant Chief, San Francisco Office

Albert B. Sambat
Jeane Hamilton
David J. Ward
Christina M. Wheeler
Manish Kumar
Trial Attorneys
United States Department of Justice
Antitrust Division

25

26

27

28

INFORMATION – DOMINIC LEUNG – 5