1  EUGENE ILLOVSKY (CA SBN 117892)
   EIllovsky@mofo.com
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792

5  Attorneys for Defendant
   DOMINIC LEUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DOMINIC LEUNG,<br><br>    Defendant. | Case No. CR12-00083<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Please take notice that effective January 1, 2016, Eugene Illovsky, counsel of record for Dominic Leung, has changed his firm, address, email address and telephone number. All correspondence and other papers should henceforth be directed to Mr. Illovsky at the following address:

ILLOVSKY LAW OFFICE
1611 Telegraph Avenue
Suite 806
Oakland, California 94612
Email: eugene@illovskylaw.com
Telephone: 510.394.5885

NOTICE OF CHANGEOF ADDRESS
Case No. CR12-00083
pa-1724041

1

| | | |
|---|---|---|
| 1 | Dated: December 31, 2015 | Respectfully submitted, |
| 2 | | EUGENE ILLOVSKY |
| 3 | | MORRISON & FOERSTER LLP |
| 4 | | |
| 5 | | By: /s/ Eugene Illovsky |
| | | EUGENE ILLOVSKY |
| 6 | | Attorneys for Defendant |
| | | DOMINIC LEUNG |

NOTICE OF CHANGEOF ADDRESS
Case No. CR12-00083
pa-1724041

2